UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

Civil No. 04-4093 (RHK/RLE)

Plaintiff,                    **CONSENT JUDGMENT**

v.

INDEPENDENT SCHOOL DISTRICT
NO. 857 OF LEWISTON, MN,

Defendant.

_____

## <u>INTRODUCTION</u>

Plaintiff Equal Employment Opportunity Commission (hereinafter the "EEOC") has

instituted this action alleging that Defendant Independent School District No. 857 of

Lewiston, MN (hereinafter "District") discriminated against certain of its employees

because of their age in the implementation and administration of its retirement incentive

plans in violation of the Age Discrimination in Employment Act, 29 U.S.C. §621, *et seq*.

(hereinafter "ADEA").

For purposes of settlement and compromise only, the parties have advised the Court

that they wish to resolve the instant controversy without the expense, delay, and burden of

further litigation;

THEREFORE, it is the finding of this Court, made on the pleadings and on the

record as a whole and upon agreement of the parties, that: (i) this Court has jurisdiction

over the parties to and the subject matter of this action, (ii) the requirements of the  ADEA

1

will be carried out by the implementation of this Consent Judgment, (iii) this Consent

Judgment is intended to and does resolve all matters in controversy in this lawsuit among

the parties, (iv) the terms of this Consent Judgment constitute a fair and equitable

settlement of all issues in this lawsuit, and (v) this Consent Judgment is intended to and

does resolve claims of the EEOC pursuant to the ADEA that are based upon early

retirement incentive plans, wherein the plans provided fewer payments as the employee

grew older, where those plans existed on or before June 30, 2001.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

## I.  INJUNCTIVE RELIEF

1. The District shall not implement and/or administer any retirement incentive plan  in
   which the amount of the benefit payable under the plan is reduced because of age or
   on the basis of an employee's continued employment beyond his or her date of first
   eligibility for retirement under the applicable retirement plan(s).

2. The District shall not discriminate or retaliate against any person because he or  she
   has opposed any practices alleged in this action as unlawful under the ADEA, has
   participated in an investigation conducted under the ADEA with respect to  this
   complaint, or has participated in this lawsuit or has benefitted in any way as a result
   of this Consent Judgment.

## II.  RELIEF FOR AGGRIEVED PERSONS

3.      Within thirty (30) days of the entry of this Consent Judgment, the District shall

        issue a check to each person listed on Exhibit A attached hereto in the gross amount

        listed on Exhibit A, less only any applicable deductions for the  employee's portion

        of FICA and applicable federal and state income tax withholdings.  The check shall

        be mailed by certified mail to the person's last known address.  The District shall

        send a copy of the checks to the EEOC at the time of mailing to the persons listed

        on Exhibit A.

## III.  POSTING AND POLICIES

4.      The District shall post and cause to remain posted the posters required to be

        displayed in the workplace by EEOC regulation 29 C.F.R. § 1601.30 in all facilities

        owned and operated by the District.

5.      The District shall post and cause to remain posted copies of the notice attached

        hereto as Exhibit B in locations publicly visible to all employees in all District

        facilities for a period of one (l) year starting from the date of entry of this Consent

        Judgment.

## IV.  REPORTING

6.      Within forty-five (45) days of the entry of this Consent Judgment, the District  shall

        prepare and submit to the undersigned EEOC attorney a letter indicating that the

        notice has been posted as required by paragraph 5 above.

3

7.      During the term of this Consent Judgment, the District will notify the undersigned

EEOC attorney if it implements and/or revises any retirement incentive plans

applicable to any of the District's employees within ten (10) days of the

implementation or revision. The District shall forward copies of any and all

retirement incentive plans which are implemented and/or revised at any time during

the term of this Consent Judgment along with such notification.

8.      During the term of this Consent Judgment, the District shall allow representatives of

the EEOC to review the District's compliance with this Consent Judgment by

inspecting and photocopying relevant documents and records, interviewing

employees and management officials on their premises, and inspecting its premises.

Such review of compliance shall be initiated by written notice to the District's

attorney of record at least seven (7) business days in advance of any inspection of

the District's documents or premises.

## V.  TERM AND EFFECT OF CONSENT JUDGMENT

9.      The District represents that Exhibit A is a true and complete list of every person

who retired on or after June 1999 and who was subject to a provision that reduced an

early retirement incentive based upon the retiree's age.  This Consent Judgment

does not resolve claims for any person who retired on or after June 1999 and who

was subject to a provision that reduced an early retirement incentive based upon the

retiree's age but who is not listed on Exhibit A.

4

10.     Subject to Paragraph 9, this Consent Judgment constitutes the full, final and

complete resolution of  all claims of the EEOC alleging that the District violated the

ADEA based upon early retirement incentive plans on or before June 30,  2001, that

reduced the amount of the incentive as the person grew older because  of age.

11.     By entering into this Consent Judgment, the parties do not intend to resolve any

charges of discrimination currently pending before the EEOC other than charges

that created the procedural foundation for the complaint in this case and those of

persons listed on Exhibit A.

12.     Except for Paragraph 10, which constitutes a permanent agreement, this Consent

Judgment shall be for a period of five years and can only be extended for good cause

shown.  During the Consent Judgment's term, the Court shall retain jurisdiction of

this cause for purposes of compliance.

13.     Each party shall bear that party's own costs.

BY THE COURT:


DATE:  ___11/3/05_____            s/Richard H. Kyle_____
                                   RICHARD H. KYLE
                                   United States District Judge

5

BY CONSENT:

FOR DEFENDANT INDEPENDENT                    FOR PLAINTIFF:
SCHOOL DISTRICT NO. 857


By  s/Dr. Bruce L. Montplaisir                  s/Laurie A. Vasichek
                                              Laurie A. Vasichek (0171438)
Its:  Superintendent of Schools               Senior Trial Attorney
                                              laurie.vasichek@eeoc.gov
                                              Equal Employment Opportunity
                                              Commission
                                              330 Second Avenue South, Suite 430
                                              Minneapolis, MN 55401
                                              (612) 335-4061

**EXHIBIT A**

|  | Early Retirement Incentive Benefit | Interest | Total |
|---|---|---|---|
| Gene Olstad | $ 8,000.00 | $ 2,464.90 | $ 10,464.90 |
| Alan Carlson | 500.00 | 161.41 | 661.41 |
| Pat Mason | 4,000.00 | 1,232.46 | 5,232.46 |
| Maxine Nelson | 2,500.00 | 770.29 | 3,270.29 |
| Jack Rader | 500.00 | 154.06 | 654.06 |
| Barb Schultz | 1,500.00 | 462.18 | 1,962.18 |
| Totals | $17,000.00 | $ 5,245.30 | $22,245.30 |

## **EXHIBIT B**

### (TO BE TYPED ON SCHOOL DISTRICT LETTERHEAD)

### **<u>NOTICE TO EMPLOYEES</u>**

This Notice is posted pursuant to a Consent Judgment resolving a lawsuit with the Equal Employment Opportunity Commission.

Federal law requires that there be no discrimination against any employee or applicant for employment because of the individual's race, color, religion, sex, national origin or age (40 and over) with respect to hiring, promotion, firing, compensation, or other terms, conditions or privileges of employment.

Independent School District No. 857 of Lewiston, MN will comply with such Federal law in all respects and will not take any action against employees because they have exercised their rights under the law.

Specifically, Independent School District No. 857 of Lewiston, MN will not implement or administer any retirement incentive plan that discriminates against employees on the basis of age in that it reduces benefits based upon age or upon an employee's continued employment beyond his or her date of first eligibility for retirement.

  s/Bruce L. Montplaisir, Ed.D.
SUPERINTENDENT OF SCHOOLS

8